**Order entered October 14, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00482-CR

### KRISTIAN MICHAEL WRIGHT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 33838CR**

### ORDER

Before the Court is appellant's October 12, 2022 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed by **October 21, 2022**. If appellant fails to file his brief by October 21, 2022, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

> /s/    LANA MYERS
>        JUSTICE